UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS O'BRIEN TYSON, | |
| Plaintiff, | **ORDER** |
| -against- | **24-CV-8443 (JPC) (JW)** |
| MUZZY ROSENBLATT, *et al.*, | |
| Defendants. | |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

Defendants' counsel is directed to order a transcript of today's Initial Case
Management Conference hearing and provide a courtesy copy to Plaintiff and the
Court.

SO ORDERED.

Dated:      New York, New York
            January 15, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge