UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS O'BRIEN TYSON,

Plaintiff,

-against-

MUZZY ROSENBLATT, *et al.*,

Defendants.

**ORDER**

**24-CV-8443 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request for a discovery conference at Dkt. No. 50 and subsequent briefing at Dkt. Nos. 51–52. Plaintiff's letter motion does not sufficiently outline outstanding disputes that are ripe for the Court's review. For example, it is unclear from the letter which of Plaintiff's specific discovery requests are in dispute. Further, it appears to the Court that Defendants are still making good faith efforts to meet and confer with Plaintiff regarding these discovery disputes and are not yet at an impasse. For those reasons, Plaintiff's request for a conference is **DENIED** with leave to refile. In the event the parties later are at an impasse on

these discovery issues, Plaintiff has leave to refile an updated letter.  The letter must comply with this Court's individual practices in civil cases (see § II.A.) and must include the specific discovery request Plaintiff is seeking to compel.

**The Clerk of Court is respectfully requested to close Dkt. No. 50.**

SO ORDERED.

Dated:        New York, New York
              July 1, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2