UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS O'BRIEN TYSON,

Plaintiff,

-against-

MUZZY ROSENBLATT, *et al.*,

Defendants.

**ORDER**

**24-CV-8443 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The parties appeared for a discovery conference on November 5, 2026 to discuss disputes outlined in Dkt. Nos. 61 and 62. For reasons discussed more fully on the record, the Court orders the following:

- All of Plaintiffs' discovery requests are **DENIED** as moot.
- The discovery deadline is extended to **January 7, 2027**.
- Upon the close of discovery on **January 7, 2027**, the parties are to confirm whether discovery is closed and if so, to propose next steps. If either side intends to move for summary judgment, the parties are to propose a briefing schedule.
- If at any point, the parties are interested in participating in a judicially-assisted settlement conference, they are free to reach out to the Court per the instructions outlined in the settlement scheduling order at Dkt. No. 42. Due to the Court's busy calendar, the parties are highly encouraged to schedule a conference at least two months out.

- Defendants are directed to order a copy of the transcript and to provide a courtesy copy to Plaintiff and the Court via email.

SO ORDERED.

Dated: New York, New York
November 5, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge